UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Charlotte Moses Wilson, | § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | Civil Action H-19-168 |
| Nancy A. Berryhill, Commissioner of the Social Security Administration, | | |
| Defendant. | | |

## **ORDER OF ADOPTION**

On February 6, 2020, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (D.E. 12) recommending that the court deny Plaintiff's motion for summary judgment (D.E. 9). Wilson did not file objections.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's Memorandum and Order. The court will issue a final judgment.

Signed at Houston, Texas on February 21, 2020.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

1